# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Crystal Marie Carciofolo**

        Plaintiff

vs.                           **CASE NUMBER: 5:20-cv-807 (FJS/ATB)**

**Commissioner of Social Security**

        Defendant

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  ORDERS that Magistrate Judge Baxter's December 10, 2021 Report and Recommendation is ACCEPTEED in its entirety for the reasons stated therein; and the Court further ORDERS that Defendant Commissioner's decision is REVERSED and this case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) consistent with Magistrate Judge Baxter's Report and Recommendation, including "for a proper determination of [P]laintiff's residual functional capacity, and other further proceedings, consistent with [his] Report".

All of the above pursuant to the order of the Honorable Frederick J. Scullin, dated the 29th day of March, 2022.

DATED: March 29, 2022

_____
Clerk of Court

                                              s/Kathy Rogers
                                              Deputy Clerk