# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**Crystal Marie Carciofolo**
    Plaintiff(s)
  vs.

**CASE NUMBER: 5:20-cv-807 (FJS/ATB)**

**Commissioner of Social Security**
    Defendant(s)

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:   ORDERS that Plaintiff's counsel's motion for attorney's fees under 42 U.S.C.§ 406(b)(1), see Dkt. No. 26, is GRANTED in the amount of $8,909.75; and the Court further ORDERS that, upon receipt of the $8,909.75 in attorney's fees, Plaintiff's counsel is directed to refund to Plaintiff the EAJA fee award of $8,145.50.

All of the above pursuant to the order of the Honorable Frederick J. Scullin, Jr. dated the 10th day of January, 2023.

DATED: January 10, 2023

*[Signature]*
Clerk of Court

s/Kathy Rogers
Deputy Clerk